Because the business of the University of Illinois is not that of maintaining and operating buildings, as construed by the courts, it seems that the service of a plumber regularly employed in the maintenance and repair of plumbing work in the buildings of the University is not within the Workmen's Compensation Act. The case of *Therien* vs. *Industrial Commission*, 351 Ill. 166 seems directly in point upon the facts stated. No award is recommended: See *Lombard College* vs. *Industrial Commission*, 294 Ill. 548.

UNIVERSITY OF ILLINOIS, No. 619—

*Opinion submitted March 14, 1934.*

## By the Court.

Apparently employee Nalley was employed as a general laborer in maintenance work about the buildings of the University. As heretofore stated in the case of Meyers, No. 602, and under the authorities heretofore cited, and the facts herein submitted, no award should be made.